1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9   PATRICK KELLEY, JR.,                    1:07-CV-0337 AWI DLB PC
10          Plaintiff,
11      vs.                                ORDER TO SUBMIT APPLICATION
                                           TO PROCEED IN FORMA PAUPERIS
12   R. RIGGLE,                            **OR**  FILING FEE
13
           Defendant.
14   _____/
15          Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C.
16   § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma
17   pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.   Accordingly, IT IS HEREBY
18   ORDERED that:
19          1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma
20   pauperis.
21          2.  Within thirty days of the date of service of this order, plaintiff shall submit a
22   completed application to proceed in forma pauperis, or in the alternative, pay the $350 filing fee for this
23   action.  Failure to comply with this order will result in a recommendation that this action be dismissed.
24          IT IS SO ORDERED.
25    **Dated:**   **March 23, 2007**              _____ **/s/ Dennis L. Beck**_____
26   3c0hj8                                        UNITED STATES MAGISTRATE JUDGE
27
28